

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-26-00092-CR

WILFORD TYRONE GREEN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 086382-E-CR, Honorable Timothy G. Pirtle, Presiding

February 25, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Wilford Tyrone Green, appeals his conviction for possession of a controlled substance[1] and sentence to five years of confinement. Pending before this Court is Appellant's motion seeking to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by both Appellant and his attorney. As no decision of the Court has been delivered, the motion is granted and the

---

[1] *See* TEX. HEALTH & SAFETY CODE § 481.115(c).

appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.